**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RAQUEL GARAJAU, | : | |
| Petitioner, | : | Civ. No. 22-5213 (GC) |
| v. | : | |
| ERICA STERN, et al., | : | **MEMORANDUM & ORDER** |
| Respondents. | : | |

**CASTNER, District Judge**

Petitioner, Raquel Garajau ("Petitioner" or "Garajau"), is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 19, 2022, this Court stayed and administratively terminated this habeas action so that Petitioner could exhaust claims before the New Jersey Supreme Court. (*See* ECF 12). On March 24, 2023, Petitioner filed a Motion to Reopen and Lift the Stay. (*See* ECF 14). Respondents did not file a response to Petitioner's Motion.

Good cause appearing, this Court will grant Petitioner's Motion, reopen this action and lift the stay. Respondents shall be given an opportunity to file a supplemental response to Petitioner's habeas petition should they elect to do so. Thereafter, Petitioner may file a reply brief in support of her habeas petition should she elect to do so.

Accordingly, IT IS on this 17th day of April, 2023,

ORDERED that Petitioner's Motion to Reopen and Lift the Stay (ECF 14) is granted; the Clerk shall reopen this action and lift the stay; and it is further

ORDERED that Respondents shall have thirty (30) days from the date of this Memorandum and Order in which to file any supplemental response to Petitioner's habeas petition should they elect to do so; and it is further

ORDERED that Petitioner may file a reply brief in support of her habeas petition within thirty (30) days from when Respondents file any supplemental response, or, if Respondents do not file a supplemental response within the time allotted, Petitioner may file a reply brief in support of her habeas petition within thirty (30) days after the time for which Respondents could have filed a supplemental brief has expired.

                                                                                                                                                          __s/*Georgette Castner*___
                                                                                                                                                          GEORGETTE CASTNER
                                                                                                                                                          United States District Judge